United States District Court
Southern District of Texas
ENTERED
July 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SERGIO TELLEZ RIVERA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01100** |
| | § | |
| **WARDEN D.C. COLEN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Sergio Tellez Rivera's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). On June 23, 2026, Respondents filed a response and Motion for Summary Judgment stating that Petitioner was granted pre-conclusion voluntary departure under the Immigration and Nationality Act § 240B(a) and was ordered to depart the United States on or before June 30, 2026. (Dkt. 10.)

In light of this information, Respondents are **ORDERED** to provide the Court with a status update on whether Petitioner has departed the United States and no longer remains in custody by **July 10, 2026.**

IT IS SO ORDERED.

SIGNED this July 6, 2026.

Diana Saldaña
United States District Judge